

**THE LYONS LAW FIRM**

Edmund Daniel Lyons
David J. Lyons
Caterina Gatto*

Attorneys at Law

*Also admitted in New Jersey and Pennsylvania

August 17, 2005

Ms. Anita Bolton
U.S. District Court
Office of the Clerk
Lockbox 18
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Gunther Lehming
         C.A. No.: 97-327-JJF

Dear Ms. Bolton:

I wish to retrieve the exhibits offered by the defense in the above referenced matter.

I will have a representative from my office call you to make arrangements for pick up.

Very truly yours,

Edmund Daniel Lyons

EDL/dlh
cc: Paulette Nash, AUSA

1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19899
Phone: 302 777.5698
Fax: 302 777.5051
E-mail:



Ms. Anita Bolton
U.S. District Court
Office of the Clerk
Lockbox 18
844 King Street
Wilmington, DE 19801

THE LYONS LAW FIRM
1526 Gilpin Avenue  P.O. Box 579
Wilmington, DE 19899



U.S.M.S. X-RAY