OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 19, 2006

Paulette K. Nash, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

RE:   In Re: Gunther Lehming
      Civil Action No. 97-327 JJF

Dear Ms. Nash:

The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits from an Exhibition Hearing held on March 12, 1998 for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than February 2, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*Anita Bolton* (signature)

Anita Bolton
Courtroom Deputy